UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-414-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| RALPH EDWARD SMITH | ) | |

Upon motion of the Defendant and for good cause shown, it is hereby ORDERED that an extension of time to file any and all pretrial motions is **GRANTED**. The defendant shall be allowed through and including August 15, 2011, 2011 to file said motions.

The government shall have 14 days to file it's responses to said motions.

Finding good cause, the Court hereby continues the arraignment and trial until the Court's September_____, 2011 term of court.

It is further ORDERED that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This 16 day of June, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE